UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-20729-CR-SEITZ

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

PAUL ANDREA PEREZ,

    Defendant.
_____/

### ORDER SETTING CHANGE OF PLEA

The above Defendant is set for Change of Plea hearing before the undersigned on **October 2, 2008, at 2:00 p.m.**, at the Wilkie D. Ferguson Courthouse, 400 North Miami Avenue, Courtroom 11-4, Miami, Florida.

DONE AND ORDERED in Miami, Florida, this 30th day of September, 2008.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record